**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Deeanne Major,

       Plaintiff,                  Civil No. 07-3733 (RHK/JSM)

vs.                            **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 21, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge